AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle init.)  Hornby, D. Brock | 2. Court or Organization  District of Maine | 3. Date of Report  3/4/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate Judges indicate full- or part-time)  District Judge (active) | 5. ReportType (check appropriate type)  ○ Nomination,    Date  ○ Initial    ◉ Annual    ○ Final | 6. Reporting Period  1/1/2004  to  12/31/2004 |
| 7. Chambers or Office Address  United States District Court  156 Federal Street  Portland, ME 04101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____    Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee, Irrevocable Life Insurance Trust #1 | ███ Estate Plan (see Part VIII - Additional Information) |
| 2. | Trustee, Irrevocable Life Insurance Trust #2 | ███ Estate Plan |
| 3. | Trustee, Irrevocable Life Insurance Trust #3 | ███ Estate Plan |
| 4. | Member, Board of Visitors | University of Maine School of Law |
| 5. | Member, Subcommittee on Court Program Design | CPR Judicial Project Advisory Council, CPR Institute for Dispute Resolution (resigned 3/17/04) |
| 6. | Council Member | The American Law Institute |
| 7. | Member | American Law Institute-American Bar Ass'n Committee on Continuing Legal Education (3-yr appt expired 5/19/04) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 MAR -7 A 10 50
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any ortion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (None or table non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | Homby Zeller ssociates (management consultan s to state gov'ts in human services areas) (See Section VIII-Addendum to Section IIi(B)) |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of ins ructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Conference institute | Presenter at In-House Counsel Forum on Class Actions & Complex Litigation in San Francisco 3/8-10/04; paid travel, lodging and meal expenses |
| 2. | First Amendm nt Center | Conference on Justice a d Journalism in Boston, MA 3/25-26/04; paid travel, lodging and meal expenses |
| 3. | The American Law Institute | ALI Advisors Meeting on Restitution 9/30-10/4/04 in Nashville; paid travel, lodging a d meal expenses |
| 4. | The American Law Institute | ALI Council Meeting in Key Biscayne, FL 12/8-12/04; paid travel, lodging and meal expenses |

## V. GIFTS. (Includes hose to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Hornby, D. Brock | 3/4/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Bank of America (formerly Fleet Bank) accounts | A | Interest | M | T | | | | | |
| 2. E*Trade Bank accounts | A | Interest | K | T | | | | | |
| 3. GMAC Bank account | B | Interest | L | T | | | | | |
| 4. U.S. Savings Bonds | | None | L | T | | | | | |
| 5. Maine State Turnpike Auth'y Bonds | A | Interest | K | T | buy | 9/30 | K | | |
| 6. | | | | | buy | 11/29 | | | |
| 7. T. Rowe Price Mutual Funds | | | | | | | | | |
| 8. International Stock | A | Dividend | K | T | | | | | |
| 9. Tax-free High Yield | A | Dividend | K | T | | | | | |
| 10. American Century Investments (mutual funds) | | | | | | | | | |
| 11. Growth | A | Dividend | J | T | | | | | |
| 12. Ultra | | None | J | T | | | | | |
| 13. TIAA-CREF Mutual Funds | | | | | | | | | |
| 14. Growth & Income | A | Dividend | J | T | | | | | |
| 15. Growth Equity | A | Dividend | J | T | | | | | |
| 16. Vanguard Group Mutual Funds | | | | | | | | | |
| 17. Asset Allocation Fund | A | Dividend | J | T | | | | | |
| 18. Value Index Fund | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(S : Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 3/4/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. High Yield Corporate Fund | A | Dividend | J | T | buy | 9/15 | J | | |
| 20. Inflation Protected Security Inv | A | Dividend | J | T | buy | 11/24 | J | | |
| 21. The MP63 Fund, Inc. (mutual fund) | A | Dividend | K | T | | | | | |
| 22. com stk Prudential Financial | A | Dividend | J | T | | | | | |
| 23. Brokerage Acct T. Rowe Price | | | | | | | | | |
| 24. Cash Management Account | A | Interest | K | T | | | | | |
| 25. com stk UNUM Provident Corp. | A | Dividend | J | T | | | | | |
| 26. com stk Fairchild Semiconductor Int'l, Inc. | | None | K | T | buy | 8/23 | J | | |
| 27. com stk Tupperware Corp. | A | Dividend | J | T | | | | | |
| 28. com stk J P Morgan Chase & Co. | A | Dividend | | | sell | 12/31 | J | C | |
| 29. com stk General Electric Co. | A | Dividend | J | T | | | | | |
| 30. com stk SBC Communications, Inc. | A | Dividend | J | T | | | | | |
| 31. com stk Wrigley, Wm. Jr. Co. | A | Dividend | J | T | buy | 1/26 | J | | |
| 32. com stk Dell Inc. | | None | J | T | buy | 11/22 | J | | |
| 33. com stk Anheuser Busch Cos Inc. | | None | J | T | buy | 12/31 | J | | |
| 34. com stk Diageo PLC new (ADR) | | None | J | T | buy | 12/31 | J | | |
| 35. IRA Brokerage Acct T. Rowe Price #1 | | | | | | | | | |
| 36. com stk Tel-Instrument Electronics Corp. | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,001-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 3/4/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Cash Management Acct | A | Interest | K | T | | | | | |
| 38. com stk 1-800-Flowers.com | | None | J | T | | | | | |
| 39. U.S. Treasury Security, stripped int. pay't | | None | K | T | | | | | |
| 40. com stk LandAmerica Financial Group, Inc. | A | Dividend | K | T | | | | | |
| 41. com stk U.S. Bancorp | A | Dividend | J | T | sell part | 12/14 | J | B | |
| 42. spin off Pipe Jaffrey | | | | | spin off | 1/7 | J | | |
| 43. sell Piper Jaffray | | | | | sell | 1/20 | J | A | |
| 44. com stk Intel Corp. | A | Dividend | K | T | | | | | |
| 45. com stk Emerson Radio | | None | J | T | | | | | |
| 46. com stk Motorola, Inc. | A | Dividend | J | T | | | | | |
| 47. spin off Freescale Semiconductor, Inc. | | | | | spin off | 12/8 | J | | |
| 48. com stk Oakley, Inc. | A | Dividend | J | T | | | | | |
| 49. com stk LA-Z-BOY, Inc. | A | Dividend | J | T | | | | | |
| 50. com stk Starbucks Corp. | | None | K | T | sell part | 12/2 | J | D | |
| 51. com stk Campbell Soup Co. | A | Dividend | J | T | | | | | |
| 52. com stk Fairchild Semiconductor Int'l, Inc. | | None | K | T | buy | 8/23 | J | | |
| 53. com stk IAC/Interactive Corp. (f/k/a Inter Active Corp.) | | None | K | T | | | | | |
| 54. com stk Sun Microsystems, Inc. | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 3/4/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. com stk Popular, Inc. | A | Dividend | J | T | buy | 5/11 | J | | |
| 56. Washington REIT | A | Dividend | J | T | buy | 10/11 | J | | |
| 57. com stk Pioneer Natural Resources | | None | J | T | buy | 12/31 | J | | |
| 58. com stk Burlington Resources, Inc. | | None | J | T | buy | 12/31 | J | | |
| 59. IRA Brokerage Acct T. Rowe Price #2 | | | | | | | | | |
| 60. Cash Management Acct | A | Interest | J | T | | | | | |
| 61. com stk Occidental Petroleum Corp. | A | Dividend | | | sell | 12/14 | J | C | |
| 62. com stk Scudder New Europe Fund | A | Dividend | J | T | | | | | |
| 63. com stk LandAmerica Financial Group | A | Dividend | J | T | sell part | 12/14 | J | B | |
| 64. com stk Verizon Communications Co. | A | Dividend | J | T | | | | | |
| 65. com stk Nasdaq 100 | A | Dividend | J | T | | | | | |
| 66. com stk Sun Microsystems, Inc. | | None | J | T | | | | | |
| 67. com stk American Woodmark Inc. | A | Dividend | J | T | | | | | |
| 68. com stk Fleetwood Enterprises Inc. | | None | J | T | | | | | |
| 69. com stk Immunogen Inc. | | None | J | T | | | | | |
| 70. com stk Trizetto Group Inc. | | None | J | T | | | | | |
| 71. com stk Abgenix | | None | J | T | | | | | |
| 72. adr Nokia | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 3/4/2005 |

## VII. INVESTMENTS and TRUSTS _ – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transaction during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month.Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. | com stk Fairchild Semiconductor, Inc. | | None | J | T | buy | 8/24 | J | | |
| 74. | U.S. Global Investors Eastern Europe (mutual) | | None | J | T | buy | 10/11 | J | | |
| 75. | Vanguard REIT Vipers | | None | J | T | buy | 11/22 | J | | |
| 76. | simple IRA Charles Schwab & Co. | A | Interest | J | T | | | | | |
| 77. | com stk Coca Cola | A | Dividend | J | T | | | | | |
| 78. | com stk Abercrombie & Fitch | A | Dividend | J | T | | | | | |
| 79. | Vanguard Strategic Equity | A | Dividend | J | T | | | | | |
| 80. | com stk Medtronic Inc. | A | Dividend | J | T | | | | | |
| 81. | adr Nokia Corp. | A | Dividend | J | T | | | | | |
| 82. | com stk Leather Factory, Inc. | | None | J | T | | | | | |
| 83. | Developers Diversified Realty REIT preferred Class H | A | Dividend | J | T | | | | | |
| 84. | com stk Cisco Systems Inc. | | None | J | T | | | | | |
| 85. | adr Vodafone Group PLC | A | Dividend | J | T | | | | | |
| 86. | com stk Nautilus Group Inc. | A | Dividend | J | T | | | | | |
| 87. | com stk Developers Diversified Realty REIT | A | Dividend | J | T | | | | | |
| 88. | com stk SBC Communications Inc. | A | Dividend | J | T | | | | | |
| 89. | Pension Plan Acct. TIAA-CREF | B | Interest | M | T | | | | | |
| 90. | Pension Plan Acct. TIAA-CREF | B | Interest | O | T | | | | | |

| 1. Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 3/4/2005 |

## VII. INVESTMENTS and TRUSTS — income. value. transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Keogh Brokerage Account Value Line: | | | | | | | | | |
| 92. Value Line Cash Fund, Inc. | A | Dividend | J | T | | | | | |
| 93. Value Line Fund, Inc. | C | Capital Gain | K | T | | | | | |
| 94. 401K Plan CMC Interactive LLC | | | | | | | | | |
| 95. First Eagle Over A* | | None | J | T | buy | 3/18 | J | | |
| 96. Calamos Growth A* | A | Dividend | J | T | buy | 3/18 | J | | |
| 97. Royce Total Return* | A | Dividend | J | T | buy | 3/18 | J | | |
| 98. Oakmark Equity & Income J* | A | Dividend | J | T | buy | 3/18 | J | | |
| 99. Selected American* | A | Dividend | J | T | buy | 3/18 | J | | |
| 100. Columbia Acorn Fund* | A | Dividend | J | T | buy | 3/18 | J | | |
| 101. Buffalo High Yield* | A | Dividend | J | T | buy | 3/18 | J | | |
| 102. Calvert Income A* | A | Dividend | J | T | buy | 3/18 | J | | |
| 103. nonvoting stk Mandel Investment Corp. | C | Dividend | N | U | | | | | |
| 104. 1/2 unit ltd. partnership int. in Falls Development Assoc., | | | | | | | | | |
| 105. ltd. real estate partnership purchased 12/30/85; total | | | | | | | | | |
| 106. of $16,489.50 pd in installments completed 2/10/90 | | None | K | R | | | | | |
| 107. ltd. Partnership int. in Miraculous, LLC, ltd. real est te | C | Dividend | L | R | | | | | |
| 108. partnership purchased 2/11/02 $50,000 | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 3/4/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description Of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Minnesota Life:endowment life | A | Dividend | J | T | | | | | |
| 110. Pruco Life Insurance: Discovery life plus: flexible | A | Interest | | | redeemed on insured's death | 12/21 | K | E | |
| 111. Pruco Life Insurance: Variable Appreciable Life | | | | | redeemed on insured's death | 12/21 | | | |
| 112. Conservative Balanced Portfolio | | None | | | redeemed on insured's death | 12/21 | J | A | |
| 113. Flexible Management Portfolio | | None | | | redeemed on insured's death | 12/21 | J | A | |
| 114. Equity Portfolio | | None | | | redeemed on insured's death | 12/21 | J | A | |
| 115. AIG SunAmerica Life Assurance Co. | A | Interest | | | redeemed on insured's death | 12/28 | K | D | |
| 116. Trustee of Trust #2 funded w/policies from MONY Life of | | | | | | | | | |
| 117. America on a flexible premium where excess premiums ar | | | | | | | | | |
| 118. invested in the following MONY mutual funds: | | | | | | | | | |
| 119. Growth & Income | | None | J | T | | | | | |
| 120. International Growth | | None | J | T | | | | | |
| 121. Small Company Growth | | None | J | T | | | | | |
| 122. Growth | | None | J | T | | | | | |
| 123. Trustee of Trust #3: assets are fixed total amount of life | | | | | | | | | |
| 124. insurance at Guardian Life consisting of basic life policy | | | | | | | | | |
| 125. w/previously accumulated dividends, a term insurance policy | | | | | | | | | |
| 126. and a paid-up insurance rider and | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 3/4/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. JP Morgan/Chase bank account | A | Interest | J | T | | | | | |
| 128. Ltd P'ship #1 (aggregate ownership arrangement) | E | Int/Div | | | Liquidated | 12/21 | O | E | |
| 129. (gen. & ltd. P'ship interest) | | | | | | | | | |
| 130. -Smith Barney Money Funds | | | | | closed | 12/21 | J | A | |
| 131. -com stk Hudson City Bancorp Inc. | | | | | sell | 9/22 | K | E | |
| 132. -com stk Peoples Bank Bridgeport, CT | | | | | sell | 9/22 | K | E | |
| 133. -pref stk Dominion Resources Inc. | | | | | sell | 9/7 | K | B | |
| 134. -pref stk Public Storage | | | | | sell | 9/7 | J | A | |
| 135. -pref stk Talisman Energy Inc. | | | | | sell | 2/15 | K | A | |
| 136. -corp bond Ford Motor Credit Co. Notes | | | | | sell | 7/16 | K | A | |
| 137. -gov't bond Federal Home Loan Mortgage Corp. Bonds | | | | | sell | 8/31 | J | A | |
| 138. -gov't bond Federal Nat'l Mortgage Ass'n Bonds | | | | | sell | 8/31 | K | A | |
| 139. -muni bond Cottonwood AZ Municipal Bonds | | | | | sell | 11/4 | K | A | |
| 140. -muni bond NJ State Housing Finance Agency Bonds | | | | | sell | 8/31 | J | A | |
| 141. -muni bond NY State Dormitory Auth. Mt. Sinai | | | | | sell | 9/7 | K | A | |
| 142. -muni bond Louisiana Public Facilities Auth. | | | | | sell | 8/31 | K | A | |
| 143. -muni bond VA State Housing Dev. Auth. | | | | | sell | 8/1 | J | A | |
| 144. -muni bond Wisconsin State G/O Ref Vets Housing | | | | | sell | 8/31 | K | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 3/4/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, red mption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. -muni bond Clay Cty FL Housing Fin. Auth. | | | | | sell | 8.31 | J | A | |
| 146. -muni bond Puerto Rico Public Bldgs Auth. | | | | | sell | 8/31 | K | A | |
| 147. -muni bond CA State Var Purp | | | | | sell | 8/31 | K | A | |
| 148. -muni bond So. Jersey Port Corp. | | | | | sell | 8/31 | K | A | |
| 149. -muni bond Wyandotte Cty Kansas City KS Uni Gov't PLT | | | | | sell | 8/31 | K | A | |
| 150. -muni bond NJ State Turnpike Auth'y Revenue Bonds | | | | | buy | 9/24 | N | | |
| 151. | | | | | sell | 11/12 | N | A | |
| 152. *amounts contributed automatically on recurrent basis | | | | | | | | | |
| 153. by employer and employee | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part I(6): Sole asset of Trust #1 is a term life insurance policy.

Part III(B) ███████ income derives from salary and distributions in the management consulting firm of which ███ is a fifty percent shareholder, officer and employee (subchapter S corporation). There is one other shareholder and officer. The firm's income derives from contracts with state governments and, occasionally, nonprofit corporations.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date  3/4/2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

## UNITED STATES DISTRICT COURT

### DISTRICT OF MAINE

**D. BROCK HORNBY**
DISTRICT JUDGE

156 FEDERAL STREET
PORTLAND, MAINE 04101
(207) 780-3280

April 21, 2005

FINANCIAL DISCLOSURE OFFICE

2005 APR 22 P 12: 18

RECEIVED

SELF INITIATED
AMENDMENT

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, D.C. 20544

Re: Amendment to Financial Disclosure Reports

Dear Committee on Financial Disclosure:

I hereby amend my Financial Disclosure Report for Calendar Year 2004, by adding an additional entry to Part VII, as follows.

Entry to Part VII
- A. Hornby Zeller Properties LLC
- B. (1) none
   (2) none
- C. (1) L
   (2) U
- D. (1) ▮▮▮▮ became partner when partnership was created
   (2) May 14, 2004
   (3) J

Part VIII Explanation: This partnership (filer is not a partner; filer's ▮▮▮▮ holds a 50% partnership interest) owns real estate in the filer's ▮▮▮▮ business and rents the real estate to the business.

I hereby amend my Financial Disclosure Report for Calendar Years 2002, 2003 and 2004, by adding an additional entry to Part VII, as follows.

Entry to Part VII
- A. BACHZA, Inc.
- B. (1) none since creation
   (2) none since creation

C.     (1) K
        (2) U

D.     (1) ▉▉▉ acquired stock when corporation was created
        (2) June 1, 2002
        (3) J

Part VIII Explanation:       This subchapter C corporation (filer is not a shareholder; filer's ▉▉▉ holds a 25% interest) conducts one of the lines of the filer's ▉▉▉ business.

I apologize for the oversight. Please contact me if you have additional questions.



dlh
enclosure
FedEx